Michael J. Bettinger (SBN 122196)
mbettinger@sidley.com
Irene Yang (SBN 245464)
irene.yang@sidley.com
Sue Wang (SBN 286247)
sue.wang@sidley.com
Saurabh Prabhakar (SBN 300891)
sprabhakar@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104-1715
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

*Attorneys for Defendant
Dropbox, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EXPRESS MOBILE, INC., <br><br> Plaintiff, <br><br> v. <br><br> DROPBOX, INC., <br><br> Defendant. | Case No.: 3:21-cv-01145-RS <br><br> **DEFENDANT DROPBOX, INC.'S NOTICE OF MOTION AND MOTION TO STAY PENDING *EX PARTE* REEXAMINATION OF THE '397 PATENT** <br><br> Date: April 29, 2021 <br> Time: 1:30 p.m. <br> Courtroom: 3 – 17th Floor <br> Judge: Honorable Richard Seeborg |

## NOTICE OF MOTION AND MOTION TO STAY

TO THE COURT, ALL PARTIES AND ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on April 29, 2021, at 1:30 p.m., or as soon thereafter as the matter may be heard, in Courtroom 3, 17th Floor of the United States District Court for the Northern District of California, located at 450 Golden Gate Avenue, San Francisco, CA 94102, before the Honorable Richard Seeborg, Defendant Dropbox, Inc. ("Defendant" or "Dropbox") will and hereby does move for a stay of the above-captioned action pending the completion of ongoing *ex parte* reexamination proceedings that have been instituted on asserted U.S. Patent No. 6,546,397 ("the '397 patent").

This motion is based on Wix.com, Ltd.'s Motion to Stay Pending *Ex Parte* Reexaminations of the '397 and '168 Patents (*Express Mobile, Inc. v. Wix.com, Ltd.*, No. 3:19-cv-06559, Dkt. No. 107 (N.D. Cal. Mar. 11, 2021)), and this Notice of Motion, the Memorandum of Points and Authorities, all pleadings and papers on file in this action, such matters of which the Court may take judicial notice, and argument and evidence to be presented at or before the hearing on this motion.

Dated: March 19, 2021

Respectfully submitted,

By: */s/ Irene Yang*
Michael J. Bettinger (SBN 122196)
mbettinger@sidley.com
Irene Yang (SBN 245464)
irene.yang@sidley.com
Sue Wang (SBN 286247)
sue.wang@sidley.com
Saurabh Prabhakar (SBN 300891)
sprabhakar@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104-1715
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

Defendant Dropbox, Inc. ("Dropbox") respectfully moves to stay this case pending *ex parte* reexamination of the '397 patent. Pursuant to the Court's Order re: Potential Stay Motions (Dkt. No. 25), Dropbox incorporates by reference the arguments and legal authorities in Wix.com, Ltd.'s Motion to Stay Pending *Ex Parte* Reexaminations of the '397 and '168 Patents. *See Express Mobile, Inc. v. Wix.com, Ltd.*, No. 3:19-cv-6559-RS, Dkt. No. 107 (N.D. Cal. Mar. 11, 2021). Dropbox and Wix are similarly situated with respect to the claims Express Mobile has asserted against Dropbox.

*First*, this case is at an even earlier stage than Express Mobile's case against Wix. Although this case was originally filed in the Western District of Texas, the parties stipulated to allow Express Mobile to dismiss that case without prejudice. No substantive litigation activity occurred prior to the dismissal. This case was refiled in the Northern District of California on February 16, 2021, and Dropbox answered on March 10, 2021. *See* Dkt. Nos. 1, 18. The initial case management conference has not yet occurred, and the parties have not engaged in any discovery. Thus, the very early stage of this litigation weighs even more heavily in favor of a stay here.

*Second*, Express Mobile asserts the '397 patent against Dropbox, and all asserted claims (claim 1 of the patent) are challenged in the *ex parte* reexamination. The results of the reexamination proceeding will likely simplify the issues in this litigation, and a stay will not unduly prejudice Express Mobile given that the '397 patent is expired and Express Mobile did not even file suit against Dropbox until September 1, 2020.

For the reasons stated in Wix.com, Ltd.'s Motion and above, Dropbox respectfully requests that the Court stay this case until such time as the *ex parte* reexamination of the '397 patent is complete.

Dated:  March 19, 2021

Respectfully submitted,

By:     */s/ Irene Yang*
Michael J. Bettinger (SBN 122196)
mbettinger@sidley.com
Irene Yang (SBN 245464)
irene.yang@sidley.com
Sue Wang (SBN 286247)
sue.wang@sidley.com
Saurabh Prabhakar (SBN 300891)

sprabhakar@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104-1715
Telephone: (415) 772-1200
Facsimile: (415) 772-7400