*Counsel listed on last page.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re EXPRESS MOBILE CASES | Case No. 3:19-cv-06559-RS<br>3:20-cv-06152-RS<br>3:20-cv-08297-RS<br>3:20-cv-08321-RS<br>3:20-cv-08335-RS<br>3:20-cv-08339-RS<br>3:20-cv-08461-RS<br>3:20-cv-08491-RS<br>3:20-cv-08492-RS<br>3:21-cv-01145-RS<br>3:21-cv-02001-RS<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION TO BRIEFING ON PLAINTIFF EXPRESS MOBILE, INC.'S ADMINISTRATIVE MOTION TO LIFT THE STAY OF CLAIM CONSTRUCTION AS TO THE '397 AND '168 PATENTS**<br><br>Judge:  Honorable Richard Seeborg |

Pursuant to Civil Local Rule 6-2 and 7-12, Plaintiff Express Mobile, Inc. ("Plaintiff" or "Express Mobile") and Defendants listed below (collectively "Defendants") hereby submit this Stipulation to adjust the briefing schedule set for Plaintiff's Administrative Motion to Lift the Stay of Claim Construction as to the '397 and '168 Patents filed on August 27, 2021 ("Motion"). Defendants' Opposition to Plaintiff's Administrative Motion ("Opposition") is currently due on August 31, 2021.

The parties have stipulated to request that the deadline for Defendants to file their Opposition be extended from August 31, 2021 to September 3, 2021. In support of the parties' stipulated request, the parties submit the contemporaneously filed declaration of Adam R. Brausa, which sets forth the following facts:

1. The current deadline for Defendants' Opposition is August 31, 2021.
2. The parties have conferred and jointly agree to the requested extensions.
3. The stipulated and requested change will only alter the deadline with respect to the Opposition. It will not alter any event or deadline set forth in the Court's Further Case Management Scheduling Order (ECF No. 71) or any other event or deadline in the case.

**IT IS SO STIPULATED.**

Dated: August 31, 2021                                  Respectfully submitted,

/s/ James R. Nutall                                     /s/ Adam R. Brausa
Jamie L. Lucia (SBN 246163)                             Timothy C. Saulsbury (SBN 281434)
STEPTOE & JOHNSON LLP                                   tsaulsbury@durietangri.com
One Market Plaza                                        Adam R. Brausa (SBN 298754)
Spear Tower, Suite 3900                                 abrausa@durietangri.com
San Francisco, CA 94105                                 Vera Ranieri (SBN 271594)
Telephone: (415) 365-6700                               vranieri@durietangri.com
Facsimile: (415) 365-6699                               Raghav R. Krishnapriyan (SBN 273411)
jlucia@steptoe.com                                      rkrishnapriyan@durietangri.com
                                                        Eric C. Wiener (SBN 325012)
James R. Nuttall (admitted pro hac vice)                ewiener@durietangri.com
Michael Dockterman (admitted pro hac vice)              217 Leidesdorff Street
Tron Fu (admitted pro hac vice)                         San Francisco, CA 94111
Robert F. Kappers (admitted pro hac vice)               Telephone: 415-362-6666
Katherine H. Johnson (admitted pro hac vice)            Facsimile: 415-236-6300
STEPTOE & JOHNSON LLP
227 West Monroe Street, Suite 4700                      *Attorneys for Defendants*
Chicago, IL 60606                                       *Wix.com, Ltd., Wix.com, Inc., and Pinterest, Inc.*
Telephone: (312) 577-1300
Facsimile: (312) 577-1370

| | |
|---|---|
| 1  jnuttall@steptoe.com | */s/ Jeremy J. Taylor* |
| 2  mdokterman@steptoe.com | PETER H. KANG (SBN 158101) |
|    tfu@steptoe.com | peter.kang@bakerbotts.com |
| 3  rkappers@steptoe.com | JEREMY J. TAYLOR (SBN 249075) |
|    kjohnson@steptoe.com | jeremy.taylor@bakerbotts.com |
| 4 | KATHERINE A. BURGESS (SBN 330480) |
| 5  Christopher A. Suarez (admitted pro hac vice) | katherine.burgess@bakerbotts.com |
|    STEPTOE & JOHNSON LLP | BAKER BOTTS L.L.P. |
| 6  1330 Connecticut Ave., NW | 101 California Street, Suite 3600 |
|    Washington, DC 20036 | San Francisco, CA 94111 |
| 7  Telephone: (202) 429-3000 | Tel: (415) 291-6200 |
|    Facsimile: (202) 429-3902 | Fax: (415) 291-6300 |
| 8  csuarez@steptoe.com | |
| | BAILEY MORGAN WATKINS (*pro hac vice*) |
| 9  Timothy Devlin (admitted pro hac vice) | bailey.watkins@bakerbotts.com |
|    DEVLIN LAW FIRM LLC | BAKER BOTTS L.L.P. |
| 10 1526 Gilpin Avenue | 98 San Jacinto Blvd., Suite 1500 |
|    Wilmington, Delaware 19806 | Austin, TX 78701 |
| 11 Telephone: (302) 449-9010 | Tel: (512) 322-2500 |
|    Facsimile: (302) 353-4251 | Fax: (512) 322-2501 |
| 12 tdevlin@devlinlawfirm.com | |
| 13 | *Attorneys for Defendants, BOOKING.COM, B.V., PRICELINE.COM LLC, AGODA COMPANY PTE. LTD., and OPENTABLE, INC.* |
|    */s/ Robert F. Kramer* | |
| 14 Robert F. Kramer (SBN 181706) | |
|    rkramer@feinday.com | |
| 15 M. Elizabeth Day (SBN 177125) | */s/ Irene Yang* |
| 16 eday@feinday.com | Michael J. Bettinger (SBN 122196) |
|    David Alberti (SBN 220625) | mbettinger@sidley.com |
| 17 dalberti@feinday.com | Irene Yang (SBN 245464) |
|    Sal Lim (SBN 211836) | irene.yang@sidley.com |
| 18 slim@feinday.com | Sue Wang (SBN 286247) |
|    Russell Tonkovich (SBN 233280) | sue.wang@sidley.com |
| 19 rtonkovich@feinday.com | Saurabh Prabhakar (SBN 300891) |
| 20 Marc Belloli (SBN 244290) | sprabhakar@sidley.com |
|    mbelloli@feinday.com | Sidley Austin LLP |
| 21 FEINBERG DAY KRAMER ALBERTI | 555 California Street, Suite 2000 |
|    LIM TONKOVICH & BELLOLI LLP | San Francisco, CA 94104-1715 |
| 22 577 Airport Boulevard, Suite 250 | Telephone: (415) 772-1200 |
| 23 Burlingame, California 94010 | Facsimile: (415) 772-7400 |
|    Telephone: (650) 618-4300 | |
| 24 Facsimile: (650) 618-4368 | Richard A. Cederoth (*pro hac vice*) |
| | rcederoth@sidley.com |
| 25 */s/ Steven F. Molo* | SIDLEY AUSTIN LLP |
| 26 Steven F. Molo (*pro hac vice*) | One South Dearborn |
|    Benoit Quarmby (*pro hac vice*) | Chicago, Illinois 60603 |
| 27 Leonid Grinberg (*pro hac vice*) | Telephone: (312) 853-7000 |
|    MOLOLAMKEN LLP | Facsimile: (312) 853-7036 |
| 28 430 Park Avenue | |

STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION TO BRIEFING ON PLAINTIFF
EXPRESS MOBILE, INC.'S ADMIN. MOTION TO LIFT THE STAY

| | |
|---|---|
| New York, NY 10022<br>Telephone: (212) 607-8160<br>Facsimile: (212) 607-8161<br>smolo@mololamken.com<br>bquarmby@mololamken.com<br>lgrinberg@mololamken.com<br><br>Sarah J Newman (*pro hac vice*)<br>MOLOLAMKEN LLP<br>600 New Hampshire Ave., NW, Suite 500<br>Washington, DC 20037<br>Telephone: (202) 556-2000<br>Facsimile: (202) 556-2001<br>snewman@mololamken.com<br><br>Stuart George Gross<br>George Alexander Croton<br>Timothy Sward Kline<br>GROSS & KLEIN, LLP<br>The Embarcadero<br>Pier 9, Suite 100<br>San Francisco, CA 94111<br>Telephone: (415) 671-4628<br>Facsimile: (415) 480-6688<br>sgross@grosskleinlaw.com<br>gcroton@grosskleinlaw.com<br>tk@grosskleinlaw.com<br><br>*/s/ Scott W. Hejny*<br>Steven J. Rizzi (admitted pro hac vice)<br>srizzi@mckoolsmith.com<br>Ramy Hanna (admitted pro hac vice)<br>rhanna@mckoolsmith.com<br>MCKOOL SMITH, P.C.<br>One Manhattan West<br>395 9th Avenue, 50th Floor<br>New York, NY 10001<br>Telephone: (212) 402-9400<br><br>Scott W. Hejny (admitted pro hac vice)<br>shejny@mckoolsmith.com<br>MCKOOL SMITH, P.C.<br>McKool Smith, P.C.<br>300 Crescent Court, Suite 1500<br>Dallas, Texas 75201<br>Telephone: (214) 978-4000<br>Christopher P. McNett (SBN 298893)<br>cmcnett@mckoolsmith.com | Michael L. Roberts (pro hac vice)<br>mlroberts@sidley.com<br>SIDLEY AUSTIN LLP<br>2021 McKinney Avenue, Suite 2000<br>Dallas, Texas 75201<br>Telephone: (214) 981-3300<br>Facsimile: (214) 981-3400<br><br>*Attorneys for Defendants Microsoft Corporation, LinkedIn Corporation, Dropbox, Inc., Adobe Inc., and X.Commerce Inc. d/b/a Magento Inc.*<br><br>*/s/ Ross R. Barton*<br>Michael J. Newton (SBN 156225)<br>Katherine G. Rubschlager (SBN 328100)<br>Email: mike.newton@alston.com<br>katherine.rubschlager@alston.com<br>**ALSTON & BIRD LLP**<br>1950 University Avenue, Suite 430<br>East Palo Alto, CA 94303<br>T: 650-838-2000<br>F: 650-838-2001<br><br>Ross R. Barton (admitted *pro hac vice*)<br>Email: ross.barton@alston.com<br>**ALSTON & BIRD LLP**<br>101 South Tryon Street<br>Bank of America Plaza<br>Suite 4000<br>Charlotte, NC 28280<br>T: 704-444-1000<br>F: 704-444-1111<br><br>*Attorneys for Defendant Oath Holdings, Inc.*<br><br>*/s/ James L. Davis, Jr.*<br>James R. Batchelder (CSB # 136347)<br>James L. Davis, Jr. (CSB # 304830)<br>**ROPES & GRAY LLP**<br>1900 University Ave. 6th Floor<br>East Palo Alto, CA 94303-2284<br>Tel.: (650) 617-4000<br>Fax: (650) 617-4090<br>James.Batchelder@ropesgray.com<br>James.L.Davis@ropesgray.com |

| | |
|---|---|
| MCKOOL SMITH, P.C.<br>1717 K St. NW, Suite 900<br>Washington, DC 20006<br>Telephone: (212) 402-9841<br>Kirk D. Dillman (SBN 110486)<br>kdillman@mckoolsmithhennigan.com<br>Alan P. Block (SBN 143783)<br>ablock@mckoolsmithhennigan.com<br>MCKOOL SMITH HENNIGAN, P.C.<br>300 South Grand Avenue, Suite 2900<br>Los Angles, California 90071<br>Telephone: (213) 694-1200<br><br>*Counsel for Plaintiff Express Mobile, Inc.* | Lance W. Shapiro (*pro hac vice*)<br>**ROPES & GRAY LLP**<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>Tel.: (212) 596-9000<br>Fax: (212) 596-9090<br>Lance.Shapiro@ropesgray.com<br><br>*Attorneys for Defendants SAP SE; SAP America, Inc.; and SAP Labs, LLC*<br><br><u>/s/ Ryan J. Casamiquela</u><br>Michael A. Berta (SBN 194650)<br>Ryan J. Casamiquela (SBN 228559)<br>ARNOLD & PORTER<br>KAYE SCHOLER LLP<br>Three Embarcadero Center, 10th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 471-3100<br>Facsimile: (415) 471-3400<br>michael.berta@arnoldporter.com<br>ryan.casamiquela@arnoldporter.com<br><br>Nicholas Lee (SBN 259588)<br>ARNOLD & PORTER<br>KAYE SCHOLER LLP<br>777 S Figueroa St, 44th Floor<br>Los Angeles, CA 90017-5844<br>Telephone: (213) 243-4000<br>Facsimile: (213) 243-4199<br>nicholas.lee@arnoldporter.com<br><br>*Attorneys for Defendants Adobe Inc. & X.Commerce Inc. d/b/a Magento Inc.*<br><br><u>/s/ Albert J. Rugo</u><br>J. David Hadden (SBN 176148)<br>dhadden@fenwick.com<br>Saina S. Shamilov (SBN 215636)<br>sshamilov@fenwick.com<br>Todd R. Gregorian (SBN 236096)<br>tgregorian@fenwick.com<br>Rebecca A.E. Fewkes (SBN 209168)<br>rfewkes@fenwick.com<br>FENWICK & WEST LLP<br>801 California Street<br>Mountain View, CA 94041<br>Telephone: 650.988.8500 |

4
STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION TO BRIEFING ON PLAINTIFF
EXPRESS MOBILE, INC.'S ADMIN. MOTION TO LIFT THE STAY

```
Facsimile: 650.938.5200

Todd R. Gregorian (SBN 236096)
tgregorian@fenwick.com
Jessica L. Benzler (SBN 306164)
jbenzler@fenwick.com
M. Conner Hutchisson (SBN 327872)
chutchisson@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

Albert J. Rugo (SBN 306134)
arugo@fenwick.com
FENWICK & WEST LLP
1191 Second Avenue, 10th Floor
Seattle, WA 98101
Telephone: 206.913.4309
Facsimile: 206.389.4511
```

*Attorneys for Defendants*
*SLACK TECHNOLOGIES, INC., AMAZON.COM, INC.,*
*SALESFORCE.COM, INC.*

## FILER'S ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Ryan J. Casamiquela, attest that concurrence in the filing of this document has been obtained.

Dated: August 31, 2021                    /s/ Ryan J. Casamiquela
                                          Ryan J. Casamiquela

## ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED AS FOLLOWS:**

The deadline for Defendants to file their Opposition is extended from August 31, 2021 to September 3, 2021

Dated: August 31, 2021

HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE